UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:17-CV-01245 |
| | ) CHIEF JUDGE CRENSHAW |
| BELMONT UNIVERSITY, | ) ) |
| Defendant. | ) |

## ORDER

Plaintiff's Motion for Leave to Proceed Under a Pseudonym (Doc. No. 7) is well-taken because the Complaint involves a matter of particular sensitivity. Doe v. Porter, 370 F. 3d 558, 560 (6th Cir. 2004). The Motion is hereby **GRANTED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE